# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATHANIEL NEILL AND ALICIA NEILL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. CIV-13-627-D |
| STATE FARM FIRE AND CASUALTY COMPANY, a corporation, | § § § | |
| Defendant. | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL

The parties, through the undersigned counsel, hereby announce that this case has been fully compromised and settled and should therefore be dismissed with prejudice.

Respectfully submitted,

s/ Carole Dulisse
Jeff D. Marr, OBA NO. 16080
Carole Dulisse, OBA NO. 18047
MARR LAW FIRM
4301 Southwest Third Street
Suite 110
Oklahoma City, Oklahoma 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com
cdulisse@marrlawfirm.com

-and-

        Jay M. Mitchel, OBA No. 20784
        Branum Law Firm
        7701 South Western Avenue
        Suite 205
        Oklahoma City, OK 73139
        Telephone:  (800) 318-9950
        Facsimile:  (800) 418-8210
        Email: jay@branumlawfirm.com
        **ATTORNEYS FOR PLAINTIFFS**


        s/ Dan Andrews
        David V. Jones, OBA #19611
        Daniel C. Andrews, OBA #19392
        **JONES ANDREWS & ORTIZ, P.C.**
        21 E. Main St, Suite 101
        Oklahoma City, Oklahoma 73104-2400
        Telephone:   (405) 601-8713
        Facsimile:    (405) 232-8330
        Email: dvj@jao-law.com
               dan@jao-law.com
        **ATTORNEYS FOR DEFENDANT**